UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marcellus Smith, Jr.,
    Plaintiff

v.                     Case No.  1:14-cv-948

John Doe, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 13, 2015 (Doc. 24).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  The amended complaint is **DISMISSED** as to defendants Alen Peters, Melvina Davis, and Todd Payne.  The Warden of the Southern Ohio Correctional Facility is also **DISMISSED**.

Date: December 11, 2015                  s/Sandra S. Beckwith
                                                                   Sandra S. Beckwith, Senior Judge
                                                                   United States District Court